# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**EVATT WARNER, III**  **PLAINTIFF**
**ADC #160178**

v.    Case No. 5:18-cv-00202-KGB

**RAHKEEM HAWTHORNE**  **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice. The relief requested is denied. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal this Judgment would not be taken in good faith.

So adjudged this 5th day of September 2019.

_____
Kristine G. Baker
United States District Judge